No. 95–8975. EL JABAAR v. YOUNG. C. A. 6th Cir. Certiorari denied.

No. 95–8976. MINETTI v. PORT OF SEATTLE ET AL. Sup. Ct. Wash. Certiorari denied.

No. 95–8978. IGUWA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 95–8981. KOCHVI v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 95–8983. COLEMAN v. MURPHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8984. CHAUDHARY v. O'NEIL ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8985. COCHRAN v. CSX TRANSPORTATION, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8986. CRAIG v. MARTIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 95–8987. TYLER v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8989. BAKER v. LUSK ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8991. CORONADO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–8993. SIMPSON v. ROWAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8997. MESHELL v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–9002. LONG v. SPARKMAN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–9004. PAZOL v. PARKER, WARDEN. C. A. 11th Cir. Certiorari denied.